C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| FULLER, PORCHIA NICOLE   xxx-xx-1401 | ) | |
| 3516 W SOUTH ELM-EUGENE STREET | ) | No:   17-10302   C-13G |
| APT W | ) | |
| GREENSBORO, NC 27406 | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed June 1, 2017. On June 9, 2017 Claim 5 was filed in the name of HCA DBA Hyundai Motor Finance as secured in the amount of $19,254.08 on an account with last four digits 6514. The claim fails to provide evidence of a non-preferential perfected lien against property of the estate as the attachments to the claim do not provide complete electronic title information as they do not provide information from a North Carolina designated electronic title provider with the name of the lien holder and the date of the lien recorded against the title to the Debtor's 2015 Hyundai. The creditor has failed to respond to communications from the Chapter 13 Trustee's office concerning amending Claim 5 to document evidence of the lien on the title against the 2015 Hyundai. The Trustee objects to the secured status of Claim 5 of HCA DBA Hyundai Motor Finance due to the claim failing to provide evidence of a non-preferential lien against the title to the 2015 Hyundai held by HCA DBA Hyundai Motor Finance. The Trustee recommends that an Order be entered sustaining the Trustee's objection to secured status of Claim 5 of HCA DBA Hyundai Motor Finance if Claim 5 is not amended on or before October 10, 2017 to provide adequate evidence of the lien date on the title to the 2015 Hyundai with the claim to be scheduled as an unsecured non-priority claim if not timely amended to document a non-preferential lien on the title to the 2015 Hyundai.

Date:  September 6, 2017                                                                                              s/Anita Jo Kinlaw Troxler  
AJKT:lac                                                                                                                              Standing Trustee

-----------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  October 18, 2017   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  November 7, 2017   at 2:00 p.m., in the following location:

*Courtroom #1*  
*Second Floor*  
*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

Date:  **September 8, 2017**                                                                                     OFFICE OF THE CLERK  
                                                                                                                                      U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
17-10302 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

PORCHIA NICOLE FULLER
3516 W SOUTH ELM-EUGENE ST APT W
GREENSBORO, NC 27406

JOHN T ORCUTT ESQ
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

HCA DBA HYUNDAI MOTOR FINANCE
ATTENTION: BANKRUPTCY DEPT
POST OFFICE BOX 20809
FOUNTAIN VALLEY, CA 92728−0809

ATTN MANAGING AGENT **(Not on Matrix)**
HCA DBA HYUNDAI MOTOR FINANCE
POST OFFICE BOX 20809
FOUNTAIN VALLEY, CA 92728−0809