**SO ORDERED.**

**SIGNED this 24th day of October, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| FULLER, PORCHIA NICOLE       xxx-xx-1401 ) | |
| 3516 W SOUTH ELM-EUGENE STREET ) | No:   17-10302   C-13G |
| APT W ) | |
| GREENSBORO, NC 27406 ) | |
|             Debtor ) | |

## ORDER

This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtor, for an Order to be entered sustaining the Trustee's objection to secured status of Claim 5 of HCA DBA Hyundai Motor Finance if Claim 5 is not amended on or before October 10, 2017 to provide adequate evidence of the lien date on the title to the 2015 Hyundai with the claim to be scheduled as an unsecured non-priority claim if not timely amended to document a non-preferential lien on the title to the 2015 Hyundai; and there being no filed objection to the Motion within the time period set forth in the Notice issued on September 8, 2017 by the Clerk of Court setting October 18, 2017 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

ORDERED, that the Trustee's objection to the secured status of Claim 5 of HCA DBA Hyundai Motor Finance if Claim 5 is not amended on or before October 10, 2017 to provide adequate evidence of the lien date on the title to the 2015 Hyundai is sustained with the claim to be scheduled as an unsecured non-priority claim if not timely amended to document a non-preferential lien on the title to the 2015 Hyundai

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-10302 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

PORCHIA NICOLE FULLER
3516 W SOUTH ELM-EUGENE ST APT W
GREENSBORO, NC 27406

JOHN T ORCUTT ESQ
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

HCA DBA HYUNDAI MOTOR FINANCE
ATTENTION: BANKRUPTCY DEPT
POST OFFICE BOX 20809
FOUNTAIN VALLEY, CA 92728−0809

ATTN MANAGING AGENT (**Not on Matrix**)
HCA DBA HYUNDAI MOTOR FINANCE
POST OFFICE BOX 20809
FOUNTAIN VALLEY, CA 92728−0809